**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF MARCH 31, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD77208 | **Damon Simpson vs. State of Missouri** |
| WD77304 | **Justin Witt vs. State of Missouri** |
| WD77343 | **In re the matter of: Tiffane Stallings N/K/A Tiffane Loxterman vs. Ray Edward Stallings, II** |
| WD77332 | **Blanche Johnson vs. State of Missouri** |
| WD77655 | **Brenda Mays vs. Tuscany Bistro, LLC, D/B/A Café at Briarcliff Village, et al** |
| WD77704 | **Eric butkovich vs. City of Lee's Summit, Teresa S. Williams and Teri Round** |
| WD77834 | **Hope Academy Corporation vs. June Lamothe and Division of Employment Security** |
| WD77915 | **Helen M. Peek vs. Treasurer of the State of Missouri-Custodian of the Second Injury Fund** |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD76573 | **State of Missouri vs. Brett Michael Poppa** |
| WD76574 | **Consolidated with WD76573** |
| WD77192 | **State of Missouri vs. Tosh A. Graff** |
| WD77255 | **State of Missouri vs. William Louis Boling** |
| WD77457 | **State of Missouri vs. David R. Burke** |